**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60681-EA**

**Emmanuel Mendez Calzadilla,**

        Petitioner,

v.

**Kristi Noem,** *Secretary U.S. Department of Homeland Security*,
**Pam Bondi,** *Attorney General, Executive Office for Immigration Review*,
**Kelei Walker,** *Field Officer Director of Enforcement and Removal Operations, Miami Fiel Office, Immigration and Customs Enforcement*,
**Warden Cynthia Lawson Swain,** *Warden of Broward Transitional Center*,

        Respondents.

_____/

## ORDER TO RESPOND

This cause comes before the Court on the petitioner's petition for the writ of habeas corpus, alleging that he has been unlawfully detained despite being allegedly granted temporary protected status [ECF No. 1]. Having carefully reviewed the record, it is **ORDERED AND ADJUDGED**:

1.  Within **10 days** of the issuance of this order, the respondents shall brief the Court on subject matter jurisdiction under 8 U.S.C. § 1252(b)(9), 8 U.S.C. § 1252(g), and/or any other applicable statute, as well as the merits of the petition. The response shall include all relevant documents and transcripts necessary for the resolution of this matter.

2.  Within **10 days of the respondents' response**, the petitioner shall file a response to the respondents' arguments.

**ORDERED** in Chambers in West Palm Beach, Florida, this 23rd day of March 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**John Dubrule**
Dubrule and Nowel PLLC
1023 Manatee Ave W
Suite 402
Suite 402
Bradenton, FL 34207
7274801569
Email: john@dbnimmigration.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov