## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO. 0:26-cv-60681-EA

**Emmanuel Mendez Calzadilla,**

      Petitioner,

v.

**Kristi Noem,**
**Et al.,**

      Respondents.

_____/

### ORDER CLOSING CASE

This cause comes before the Court on the parties' joint stipulation of dismissal without prejudice [ECF No. 8]. Therefore, it is **ORDERED AND ADJUDGED**:

1. The petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMIANTED**.

    **DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 25th day of June 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**John Dubrule**
Dubrule and Nowel PLLC
1023 Manatee Ave W
Suite 402
Suite 402
Bradenton, FL 34207

7274801569
Email: john@dbnimmigration.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Carlos Javier Raurell**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9243
Fax: 305-530-7139
Email: carlos.raurell@usdoj.gov